U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JUL 2 4 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | |
|---|---|
| **DAYSHAWN BROWN** | **CIVIL ACTION NO. 08-0808** |
| -vs- | **JUDGE DRELL** |
| **ALFONSO PACHECO, et al.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the magistrate judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that plaintiff's civil rights complaint be and is hereby DENIED and DISMISSED WITH PREJUDICE as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(b).

IT IS FURTHER ORDERED that the attempted filing titled "Motion to Amend Complaint" (Doc. No.#5) is hereby stricken. The document was not submitted by and is not signed by the plaintiff but rather was mailed and signed by another inmate, Peter Roy Alfred, himself a known extensive pro se litigator in this Court.

SIGNED on this 24th day of July, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE